**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 25-4908-JFW(MARx)** | Date:  July 3, 2025 |
| Title: | Cesar Mike Peniche -v- State Farm Mutual Automobile Insurance Company, et al. | |

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  Shannon Reilly                                                None Present
  Courtroom Deputy                                           Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
  None                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE LOCAL RULES**

The Declaration of Tod M. Castronovo, filed July 3, 2025 (Docket No. 17), indicates that lead counsel for Plaintiff Cesar Mike Peniche ("Plaintiff"), Tory Michael Pankopf, failed to participate in the Local Rule 7-3 conference.

Accordingly, lead counsel for Plaintiff is ordered to show cause in writing by **July 7, 2025**, why counsel should not be sanctioned in the amount of $1,500.00 for the violation of the Local Rules.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

  IT IS SO ORDERED.